**SAO**
Paul D. Powell, Esq.
Nevada Bar No. 7488
Michael A. Kristof, Esq.
Nevada Bar No. 7780
The Powell Law Firm
6785 W. Russell Road, Suite 210
Las Vegas, Nevada 89118
paul@tplf.com
Phone: (702) 728-5500
Facsimile: (702) 728-5501

Attorneys for EDWARD GILBERT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWARD GILBERT, individually, | ) |
| | ) CASE NO. 2:17-cv-03004 |
| Plaintiff, | ) |
| vs. | ) |
| | ) **STIPULATION AND ORDER FOR** |
| CSAA GENERAL INSURANCE COMPANY, | ) **DIMISSAL WITHOUT PREJUDICE** |
| DOES I-X, and ROE CORPORATIONS I-X, | ) |
| | ) |
| Defendants. | ) |
| | ) |

IT IS HEREBY STIPULATED between Plaintiff, EDWARD GILBERT, by and through his counsel of record, PAUL D. POWELL, ESQ. and MICHAEL A. KRISTOF, ESQ., of THE POWELL LAW FIRM, and Defendant CSAA GENERAL INSURANCE COMPANY, by and through its counsel of record, LISA A. COSTELLO, ESQ., of CURRIDEN, ARNSESON & ANDERTON, that the above-entitled matter be dismissed without prejudice.

///

///

Each party to bear their own attorney's fees and costs.

DATED this 20th day of December, 2017.   DATED this 20th day of December, 2017.

THE POWELL LAW FIRM   CURRIDEN, ARNESON & ANDERTON

*/s/ Paul Powell*   */s/ Lisa Costello*
By:_____   By:_____
　Paul D. Powell, Esq.   　Lisa A. Costello, Esq.
　Nevada Bar No. 7488   　Nevada Bar No. 6260
　Michael A. Kristof, Esq.   　7201 W. Lake Mead Boulevard, Suite 580
　Nevada Bar No. 7780   　Las Vegas, NV 89128
　6785 West Russell Road, Suite 210   　Attorney for Defendant
　Las Vegas, Nevada 89118
　Attorney for Plaintiff

### ORDER

Having reviewed the Stipulation of counsel and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims are hereby dismissed without prejudice against Defendant CSAA GENERAL INSURANCE COMPANY.

**IT IS SO ORDERED.**

DATED this __27__ day of December, 2017.   _____
　　　　　　　　　　　　　　　　　　　　　Gloria M. Navarro, Chief Judge
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT